FILED

2013 MAY 16  PM 3: 49

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>                    v.<br><br>ALEXEI IAZLOVSKY,<br><br>                    Defendant. | No. CR 13- 0344<br><br>I N F O R M A T I O N<br><br>[26 U.S.C. § 7206(1):<br>Subscription to False Tax<br>Return] |

The United States Attorney charges:

[26 U.S.C. § 7206(1)]

On or about April 15, 2009, in the District of Maryland and elsewhere, defendant ALEXEI IAZLOVSKY ("IAZLOVSKY"), a resident of Potomac, Maryland, willfully made and subscribed to false United States Individual Income Tax Return (Form 1040), and accompanying schedules, for the calendar year 2008, which defendant IAZLOVSKY verified by a written declaration that it was made under the penalties of perjury and caused that tax return to be filed with the Internal Revenue Service, knowing that it contained false information as to a material matter.

1     Specifically, defendant IAZLOVSKY: (1) on Schedule B, Part II,

2     line 7a of the 2008 tax return, failed to report that he had an

3     interest in or a signature or other authority over a financial

4     account at Bank A in Luxembourg; and, (2) on Line 22 of the Form

5     1040 of the 2008 tax return, he falsely reported his total income

6     in that he omitted (a) taxable income diverted to his financial

7     account at Bank A; and (b) taxable income earned on his financial

8     account at Bank A.

9

ANDRÉ BIROTTE, JR.
United States Attorney

10

11

12

_Dorothy C. Kim_
_Dep. Chief, Crim. Div. for:_
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

13

14

15

SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

16

17

18

CHRISTOPHER STRAUSS
ELLEN M. QUATTRUCCI
Trial Attorneys
U.S. Department of Justice,
Tax Division

19

20

21

22

23

24

25

26

27

28

-2-