| UNITED STATES DISTRICT COURT | CC: USPO |
|---|---|
| CENTRAL DISTRICT OF CALIFORNIA | PSA |

## CRIMINAL MINUTES - GENERAL

| Case No. | **CR 13-344 GHK** | Date | **JULY 1, 2013** |
|---|---|---|---|

**Presiding: The Honorable**    **GEORGE H. KING, CHIEF UNITED STATES DISTRICT JUDGE**

Interpreter    N/A

| Beatrice Herrera | Anne Kielwasser | Christopher Strauss/Ellen Quattrucci - DOJ |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| ALEXEI IAZLOVSKY | ✗ | | ✗ | ROBERT KATZBERG<br>MARC HARRIS | ✗ | | ✗ |

**Proceedings:**    **ENTRY OF PLEA**

XX   Defendant requests to change plea to the INFORMATION.

XX   Defendant sworn and questioned by the Court.

XX   Defendant NOW enters a PLEA of GUILTY to the **SINGLE-COUNT** INFORMATION.

XX   The Court questions the defendant regarding plea of GUILTY and FINDS that a factual basis has been laid and further FINDS the plea is knowledgeable and voluntarily made. The Court ORDERS the plea accepted and entered.

XX   The Court refers the defendant to the Probation Office for investigation and report and the matter is continued to **SEPTEMBER 30, 2013 AT 11:00 A.M.** for sentencing.

XX   The Court further ORDERS defendant shall cooperate with Probation in the preparation of a PSI report, and ordered to return for sentencing on date indicated above.

|  | : | **19** |
|---|---|---|
|  | Initials of Deputy Clerk | Bea |